UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel M. Zorn

      v.                        Case No. 09-cv-166-SM

New Hampshire Supreme Court, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 14, 2009, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

SO ORDERED.

September 30, 2009

                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Daniel M. Zorn, pro se
        Michael K. Brown, Esq.